**Location:** Winston-Salem, NC  
**Total Works Infringed:** 28

**IP Address:** 45.36.147.142  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 07480E6AE4D9997ED13C556CFE21CB2A90BF16DD<br>File Hash:<br>5E83D0D858413F8610126F0F9C20D044AD75D1FA7E1A1BB2484DEC995B7FD442 | 09/18/2024<br>16:34:37 | Vixen | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 2 | Info Hash: DCC98E37FC9F21024324ED60876D8FF50E1021C1<br>File Hash:<br>AFDDD83B45183C4C6CE742B37520C38AFABE59E0D3E3F32F8FA5853B1B890EE3 | 09/18/2024<br>16:33:49 | Vixen | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 3 | Info Hash: AA9B408DA6EED668EEA6BFAD47932B6AF2977FA2<br>File Hash:<br>E2BBFDE7A63136BC5BAAA1EB0B7749AAD4893F9DE39DAD0201E599414B8380B7 | 09/18/2024<br>13:32:26 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 4 | Info Hash: 69A87DAF5367CEBFA2D72CC7B341E45AED5E8C3B<br>File Hash:<br>0244D6BC8EF0946B85F201F8087284140149D4E0A564EA36967D7ACEB01E3C01 | 09/14/2024<br>21:24:13 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 5 | Info Hash: 7B52C82E7B5C5B58DCB1F35BCCD3DC328733E63B<br>File Hash:<br>6C17E25E83D4D927452E226FBBF4C71700576DD287A28106DC4E3C5B4FD17C1B | 09/13/2024<br>18:01:18 | Vixen | 03/17/2023 | 04/10/2023 | PA0002405944 |
| 6 | Info Hash: E480F6FC4F93982D07B305510EB73A2867B3ACD5<br>File Hash:<br>548A8289F6B4B23B023A85080F425EFCCCF0F0BC211DC7E8877665DC685B1787 | 09/13/2024<br>12:54:00 | Vixen | 05/20/2022 | 06/27/2022 | PA0002354985 |
| 7 | Info Hash: 6866B620880B1286A65C593EF7D101C12AE0A542<br>File Hash:<br>01441BF0505877CBDF87317D162917BC4D03D2B5D88303FECAD785504591CA35 | 09/13/2024<br>12:51:05 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 8 | Info Hash: 8907AD2508F3D9CAA7E06983E44CB2A3021977B4<br>File Hash:<br>46D6DA0735E570CECFA7A43B5A80A6CA1A530AFFA890EA5B835101E07A8C70D1 | 05/05/2024<br>18:20:34 | Tushy | 02/25/2017 | 05/25/2017 | PA0002049783 |
| 9 | Info Hash: B3A15D36E6B15B5D0FB06E835CEF1DE1394C9CBF<br>File Hash:<br>A24EEDAEA9CA44006FA6B1E9F8F7777C2B7D64C935EF6E77D2746D9A2DFF63C7 | 03/04/2024<br>20:12:08 | Milfy | 02/14/2024 | 03/15/2024 | PA0002463444 |
| 10 | Info Hash: AFA072BC710093F5110AD42E1D8F7C1288E64DA9<br>File Hash:<br>A24A63A541B0D7593B1128913BFD8B13BE3522A3144E6FF97450908CFB439345 | 03/04/2024<br>20:10:25 | Milfy | 02/21/2024 | 03/15/2024 | PA0002461468 |
| 11 | Info Hash: 98197E204DD1E640BEF7AA537A4FBE824762BEA3<br>File Hash:<br>C8292499AF7E374121E53A6973C4035F46F577E2B74E81A76828AD34E2F59CE4 | 02/10/2024<br>16:32:48 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 4DE4ED12AEB22FB75552CDE97D48B3976D30115C<br>File Hash: 1CE7409D0820FB07CE28E5D6E3C46BCC480E56D1E1FB113002DA0AFA4D07BD90 | 02/04/2024 21:53:48 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 13 | Info Hash: 2859D8B669032F1D0ECDD39A791736D355406568<br>File Hash: 9BC16194B8966E35E3659E7BA5CE3DA2EC148F076B14CB9C1235BD95BF7FE0F1 | 02/04/2024 21:53:37 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 14 | Info Hash: B9CDB6549E5C19CE864A7EDC5F6D39AF97BBFF3A<br>File Hash: 68A835832BB53517DEBAB0894122FB1418460A525E89974B1B8123D0F857E42E | 02/04/2024 21:52:15 | Vixen | 02/02/2024 | 02/13/2024 | PA0002454778 |
| 15 | Info Hash: DEE7DE52E14BCD9992E884149A6578B4692DBF4C<br>File Hash: 9A95C29DE2BFF1DA79DA9E4A6BE751BDDCDC4289A14FA00B757DE68DF5305E25 | 02/04/2024 21:49:57 | Vixen | 01/19/2024 | 02/13/2024 | PA0002454774 |
| 16 | Info Hash: 773375756E29F48AD83D332B2587CF1C7DA1BA71<br>File Hash: 75B315AAF9137542699E7C4BD95EAA8DDA3BAFBAD2DA297594F94B59E35219D9 | 01/23/2024 20:41:32 | Vixen | 08/14/2020 | 08/31/2020 | PA0002265636 |
| 17 | Info Hash: 2E5A9D452C6F73714EAABC646640C11AF580B304<br>File Hash: 11043B20A13D9F768D1E2CF704A6088383A9B0B1A0DADDAF3FBE9605F9E335A5 | 11/30/2023 21:39:26 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 18 | Info Hash: 3F1869CF9E0E640AE9688445E8C81979E50B34C9<br>File Hash: 2FBAE80E3625DE8AF3CD20F7C0AA26D19DD8937A92A0498BC27BAAACD9A11ED4 | 11/30/2023 21:36:46 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |
| 19 | Info Hash: 431DF96F780FC2916E8646B83500F592C78D152D<br>File Hash: 6BB63BF85A93FB34002EFD98F8F0124CB3252255888457575BEB837F20A40498 | 11/06/2023 21:14:13 | Vixen | 11/03/2023 | 11/14/2023 | PA0002439696 |
| 20 | Info Hash: 932A59163BCCB420888942E54EDAF526951D17A0<br>File Hash: 1484F2B5396982698200EBF633C0465D3FFF4C028F3495E7638913836EE1038D | 10/27/2023 17:05:28 | Milfy | 08/02/2023 | 08/22/2023 | PA0002431039 |
| 21 | Info Hash: 3EFE3C98F907D2D4C8D3B13C9BFED15760F0CE2F<br>File Hash: D7C46C500CA6B4EA9DC1E9371454E9E0EA926AB1DC34198EA55414193A3F0B7E | 10/27/2023 17:04:45 | Milfy | 07/19/2023 | 08/22/2023 | PA0002431068 |
| 22 | Info Hash: 5D7E18C90D2BDC66702CE75F9581B01F62D72F75<br>File Hash: E8F960C8B90462A28CE53EEB5ECD62ED2DDAA8291CB2706A1306788367471622 | 10/13/2023 20:20:09 | Vixen | 09/29/2023 | 10/18/2023 | PA0002435610 |
| 23 | Info Hash: 69955D8ACAA60FC7A587B86B72B3EA126BB6868A<br>File Hash: F3AB4545EA35F37F1632B55EE9E0DF8A1CA0B9EAC760B976461B31DDA60C46EB | 10/13/2023 20:16:58 | Vixen | 10/06/2023 | 10/18/2023 | PA0002435605 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 507320EF8D6915A505851670D6B10D7B4FD75CD0<br>File Hash:<br>2236B59A952D2F1029077D0E471DFE2A26736C770BAD229A33C376E1DF7A8260 | 10/13/2023<br>20:11:36 | Vixen | 10/13/2023 | 11/14/2023 | PA0002439697 |
| 25 | Info Hash: 1249CD89FDE3BA21CD52BFD2FB4EB955BFB2A996<br>File Hash:<br>D955464068A8B740B69FD88970AF6CEFFC5B0A5E208522C4AF02FDA9A05BE7CB | 09/23/2023<br>15:22:09 | Vixen | 08/11/2023 | 10/18/2023 | PA0002435601 |
| 26 | Info Hash: 743E5CF68F141EEDA55446722F9B6D2B8E0A6F2F<br>File Hash:<br>E0AA8C83AD05C3E6E1DC35047D904119C63DEBFAE091981018E4EDBE768A3978 | 09/22/2023<br>20:57:56 | Vixen | 09/15/2023 | 10/18/2023 | PA0002435602 |
| 27 | Info Hash: 888B4A983B74213898B7979FC4AD57C0D176885B<br>File Hash:<br>E2D0D26DE1B6D5F935F6A6F484B9D3A790F8C424936AE5BBAD33000A5155493E | 09/22/2023<br>20:57:32 | Vixen | 08/25/2023 | 09/18/2023 | PA0002431081 |
| 28 | Info Hash: 1A2A89BAB8277EE57FF9CC97FD3D372BF7DB6145<br>File Hash:<br>F4DA36D511DD674710797DA9EA776FF5073C2B3086EAE71AA45748FE43B2DAB0 | 09/22/2023<br>20:31:33 | Vixen | 09/22/2023 | 10/18/2023 | PA0002435594 |